In the Matter of the Application of HUBERT O. THOMPSON, as Commissioner of Public Works.

Appeal of Executors of MARVIN DEF. HODGMAN.

(Argued June 11, 1891; decided October 6, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made March 22, 1888, which affirmed an order of Special Term confirming the report of commissioners of appraisal herein.

*James R. Cuming* for appellant.

*Arthur H. Masten* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.